

NUMBER 13-10-00046-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE: RANDOLFO CASTILLO, M.D.

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Vela
Per Curiam Memorandum Opinion[1]

Relator, Randolfo Castillo, M.D., filed a petition for writ of mandamus and an emergency motion for temporary relief in the above cause on February 4, 2010. That same day, the Court requested that the real parties in interest, State Farm Lloyds, David Hasley, Danny D. Christensen, and Ronald Rudolfo Castillo, file responses to: (1) relator's petition for writ of mandamus, and (2) relator's emergency motion for temporary relief. Such responses have been duly filed.

The Court, having examined and fully considered the petition for writ of mandamus

[1] See TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

and the response thereto, is of the opinion that relator has not shown himself entitled to the relief sought.  Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed
the 8th day of March, 2010.